# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Holly E Williamson
 *( debtor has no known aliases )*
11338 Swamp Fox Hwy West
Cerro Gordo, NC 28430

CASE NO.: 19–03659–5–SWH

DATE FILED: August 9, 2019

CHAPTER: 13

ORDER CONTINUING CONFIRMATION HEARING

IT IS ORDERED that the hearing on confirmation is continued.

DATE:      Wednesday, December 11, 2019
TIME:       10:30 AM
PLACE:     1003 S. 17th Street, Room 118, Wilmington, NC 28401

 The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: November 12, 2019

Stephani W. Humrickhouse
United States Bankruptcy Judge